# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-530
_____

J.D., Mother of L.D. and R.D.,
Minor Children,

     Appellant,

     v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

     Appellee.

_____

On appeal from the Circuit Court for Duval County.
David Gooding, Judge.

June 27, 2019

PER CURIAM.

     AFFIRMED.

LEWIS, OSTERHAUS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

J.D., pro se, Appellant.

Ward L. Metzger, Appellate Counsel, Children's Legal Services, Department of Children and Families, Jacksonville; Thomasina F. Moore, Statewide Director of Appeals, and Sara Elizabeth Goldfarb, Appellate Counsel, Florida Statewide Guardian ad Litem Office, Tallahassee, for Appellee.